IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERT LISERIO, | § § | |
| *Plaintiff,* | § § | SA-19-CV-01159-XR |
| vs. | § § § | |
| COLT OILFIELD SERVICES, LLC, ROY E. (EDDIE) AGUILAR, TERRY BOOKER, PETROSTAR SERVICES, LLC, | § § § § § § | |
| *Defendants.* | § § | |

## ORDER SETTING VIDEO HEARING

Before the Court in the above-styled cause of action is the Motion for Protection and/or Motion to Quash or Modify Subpoena for Deposition by Written Questions and Production of Documents filed by non-party PetroStar Services, LLC ("PetroStar") [#76], which was referred to the undersigned for disposition on June 1, 2021. The Court is of the opinion the motion should be set for a hearing.

**IT IS THEREFORE ORDERED** that PetroStar's Motion [#76] is set for a videoconference hearing via Zoom at **2:30 p.m.** on **June 9, 2021**. All parties are **required to appear by Zoom** for the hearing. The information to join the hearing is as follows:

Join ZoomGov Meeting:  https://txwd-uscourts.zoomgov.com/j/16126729723

Meeting ID: 161 2672 9723

If there are questions regarding the Zoom appearance, the parties should contact Valeria Sandoval, Courtroom Deputy, at txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.

Because earlier hearings in other cases may be in progress at the time attorneys log-in for their scheduled hearing, attorneys may be required to wait in the Zoom "waiting room" until the

1

Courtroom Deputy addresses them. Parties should review the July 15, 2020 Standing Order Regarding Telephone or Video Teleconference Hearings, which is available upon request from the Courtroom Deputy and on the Court's website.

**IT IS FURTHER ORDERED** that the parties and ProStar confer about the issues raised in ProStar's motion and **file a joint advisory via CM/ECF no later than June 8, 2021**, that indicates which issues, if any, remain in dispute after their conference. For each issue that remains in dispute, each party should state its respective position and describe any relief being sought.

**IT IS SO ORDERED.**

SIGNED this 3rd day of June, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE