IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
(SAN ANTONIO DIVISION)

| | | |
|---|---|---|
| ROBERT LISERIO | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION 5:19-CV-01159-XR |
| COLT OILFIELD SERVICES, LLC, ROY E. (EDDIE) AGUILAR, and TERRY BOOKER | § § § § § | |
| Defendant. | § § | |

ORDER GRANTING AGREED MOTION TO ABATE ALL DEADLINES

On this day, the Court considered the *Agreed Motion to Abate All Deadlines* filed by the above-captioned Plaintiff ROBERT LISERIO together with the Defendant COLT OILFIELD SERVICES, LLC, ROY E. (EDDIE) AGUILAR, AND TERRY BOOKER.

Having considered the Parties' Agreed Motion, the Court finds that it has jurisdiction over the matters raised in the Agreed Motion and that counsel to the Parties consent to an abatement of proceedings and deadlines in the above-captioned matter, and that requested relief is reasonable and justified. The Court therefore orders as follows:

IT IS ORDERED that the proceedings and all deadlines in the above-captioned matter are abated until November 15, 2021. Defendants COLT OILFIELD SERVICES, LLC, ROY E. (EDDIE) AGUILAR, AND TERRY BOOKER shall secure new counsel by November 15, 2021.

IT IS FURTHER ORDERED that Defendants shall work with Plaintiff to amend the current scheduling order to accommodate for the abatement of these proceedings and the depositions of David Ryza and Devin Nevilles.

IT IS FURTHER ORDERED that the Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

The Clerk's Office is DIRECTED to administratively close this case until further Court order.

Signed: October __12,_____ 2021.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM

**GOODE CASSEB JONES**
**RIKLIN CHOATE & WATSON, P.C.**
2122 N. Main Ave
San Antonio, Texas 78212
(210) 733-6030
(210) 733-0330 – Fax

*/s/ Kyle C. Watson*
Kyle C. Watson
State Bar No. 20971100
watson@goodelaw.com
Kennedy Hatfield Asel
State Bar No. 24121663
hatfieldasel@goodelaw.com

ATTORNEYS FOR DEFENDANT

**THE LAW OFFICES OF OLIVA, SAKS, GARCIA &**
**CURIEL, LLP** 14255 Blanco Road
San Antonio, Texas 78216
Telephone: (210) 308-6600
Facsimile: (210) 308-6939

*Carlo Garcia*
Javier F. Oliva
State Bar No. 15254350
joliva@osgclaw.com
R. Carlo Garcia
State Bar No 00790744
cglaw@osgclaw.com

Scott E. McCarty
State Bar No. 24094826
semccarty@osgclaw.com

ATTORNEY FOR PLAINTIFF