IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROBERT LISERIO, | § § § |
| *Plaintiff*, | § § |
| v. | § § Civil Action No. 5:19-cv-01159-XR |
| COLT OILFIELD SERVICES, LLC, ROY E. (EDDIE) AGUILAR, TOTAL TANK SYSTEMS, LLC, AND TERRY BOOKER | § § § § § |
| Defendants. | § § |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Plaintiff and Defendants in the above-entitled and numbered cause file this Alternative Dispute Resolution Report in compliance with Local Rule CV-88(b) and the Amended Scheduling Order filed with the Court on August 19, 2022.

### I.  STATUS OF SETTLEMENT NEGOTIATIONS

The parties have not yet been able to satisfactorily resolve this case. However, the parties have conferred and are amenable to settlement negotiations. Accordingly, the parties have scheduled a full day mediation with Don Philbin to take place on September 14, 2022. Parties will continue to engage in good-faith efforts to resolve this suit through the scheduled mediation and, if necessary, informal negotiations thereafter.

### IV.  CERTIFICATION OF COUNSEL

The undersigned counsel certifies that he has informed his client of the alternative dispute resolution procedures available in this district so that an informed decision regarding same can be made.

                                        Respectfully submitted,

| | |
|---|---|
| **GONZALEZ, CHISCANO, ANGULA, & KASSSON, P.C.** | **OLIVA, SAKS, GARCIA & CURIEL, PLLC** |
| /s/ Steve A. Chiscano | /s/ Javier F. Oliva |
| Steve A. Chiscano | Javier F. Oliva |
| State Bar No. 24001882 | State Bar No. 15254350 |
| schiscano@gcaklaw.com | joliva@osgclaw.com |
| 9601 McAllister Freeway, Suite 401 | R. Carlo Garcia |
| Austin, Texas 78216 | State Bar No 00790744 |
| Telephone: (210) 569-8500 | cglaw@osgclaw.com |
| Facsimile: (210) 569-8490 | Bradley S. Bellows |
| *Attorneys for Defendants* | State Bar No. 24113611 |
| | bradley@osgclaw.com |
| | 14255 Blanco Road |
| | San Antonio, Texas 78216 |
| | Telephone: (210) 308-6600 |
| | Facsimile: (210) 308-6939 |
| | *Attorneys for Plaintiff* |