IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ROBERT LISERIO,** *Plaintiff* | § § § § | |
| -vs- | § § | |
| **COLT OILFIELD SERVICES, LLC, ROY E. (EDDIE) AGUILAR, TERRY BOOKER, PETROSTAR SERVICES, LLC,** *Defendants* | § § § § § § § | SA-19-CV-01159-XR |

**ORDER**

On this day the Court considered the status of this case. On October 28, 2022, the Court issued an Order **GRANTING** Defendants' Motion for Partial Summary Judgment (ECF No. 100).

The parties are hereby **ORDERED** to meet and confer and submit proposed amended scheduling order, no later than November 11, 2022. If the parties need additional time to confer, the parties must request extension of time to do so.

It is so **ORDERED**.

**SIGNED** this 28th day of October, 2022.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE