IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROBERT LISERIO, § | |
| § | |
|    *Plaintiff,* § | |
| § | |
| v. § | Civil Case No.: SA-19-CV-01159-XR |
| § | |
| COLT OILFIELD SERVICES, LLC, § | |
| ROY E. (EDDIE) AGUILAR, TERRY § | |
| BOOKER, § | |
| § | |
|    *Defendants* § | |

**JOINT ADVISORY REGARDING STATUS OF CASE
AND AMENDED SCHEDULING ORDER**

TO THE HONORABLE XAVIER RODRIGUEZ, UNITED STATES DISTRICT COURT JUDGE:

    Pursuant to the Court's Order on October 28, 2022 [Dkt #112] the parties hereby submit this Joint Advisory to the Court:

    1.    The parties have conferred and submit to the Court a proposed Amended Scheduling Order. The Agreed Amended Scheduling Order has filed simultaneously with this Joint Advisory.

Respectfully submitted,

| | |
|---|---|
| **GONZALEZ, CHISCANO, ANGULA, & KASSSON, P.C.** | **THE LAW OFFICES OF OLIVA, SAKS, GARCIA & CURIEL, LLP** |
| /s/ Steve A. Chiscano w/ Permission | /s/ Javier F. Oliva |
| Steve A. Chiscano | Javier F. Oliva |
| State Bar No. 24001882 | State Bar No. 15254350 |
| schiscano@gcaklaw.com | joliva@osgclaw.com |
| 9601 McAllister Freeway, Suite 401 | R. Carlo Garcia |
| Austin, Texas 78216 | State Bar No 00790744 |
| Telephone: (210) 569-8500 | cglaw@osgclaw.com |
| Facsimile: (210) 569-8490 | Bradley S. Bellows |

| | |
|---|---|
| ***Attorneys for Defendants*** | State Bar No. 24113611<br>bradley@osgclaw.com<br>14255 Blanco Road<br>San Antonio, Texas 78216<br>Telephone: (210) 308-6600<br>Facsimile: (210) 308-6939<br>***Attorneys for Plaintiff*** |