IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROBERT LISERIO, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Case No.: SA-19-CV-01159-XR |
| § | |
| COLT OILFIELD SERVICES, LLC, § | |
| ROY E. (EDDIE) AGUILAR, TERRY § | |
| BOOKER, § | |
| § | |
| *Defendants* § | |

**JOINT ADVISORY REGARDING
MOTION TO COMPEL BEING MOOT**

TO THE HONORABLE XAVIER RODRIGUEZ, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff filed his Motion to Compel [Dkt # 117] seeking the production of a document titled Colt Deposit Summary Showing Petrostar Payment. Subsequent to filing the motion, Defendants were able to pull the requested document and produce it to Plaintiff's counsel, making Plaintiff's motion moot. Plaintiff, however, reserves any rights to seek additional information if that becomes necessary.

Respectfully submitted,

| | |
|---|---|
| **GONZALEZ, CHISCANO, ANGULO, & KASSON, P.C.** | **THE LAW OFFICES OF OLIVA, SAKS, GARCIA & CURIEL, LLP** |
| */s/ Steve A. Chiscano* | */s/ Javier F. Oliva (w/permission)* |
| Steve A. Chiscano | Javier F. Oliva |
| State Bar No. 24001882 | State Bar No. 15254350 |
| schiscano@gcaklaw.com | joliva@osgclaw.com |
| Nadeen Abou-Hossa | R. Carlo Garcia |
| State Bar No. 24115449 | State Bar No 00790744 |
| nabou-hossa@gcaklaw.com | cglaw@osgclaw.com |
| 9601 McAllister Freeway, Suite 401 | Bradley S. Bellows |

<div style="display: flex;">

Austin, Texas 78216
Telephone: (210) 569-8500
Facsimile: (210) 569-8490
*Attorneys for Defendants*

State Bar No. 24113611
bradley@osgclaw.com
14255 Blanco Road
San Antonio, Texas 78216
Telephone: (210) 308-6600
Facsimile: (210) 308-6939
*Attorneys for Plaintiff*

</div>

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of May, 2023, a true and correct copy of the foregoing was served by electronic mail and/or facsimile and/or First Class Mail and/or E-File to the following:

R. Carlo Garcia
Javier F. Oliva
Scott E. McCarty
Bradley Bellows
Oliva Saks Garcia & Curiel, LLP
14255 Blanco Road
San Antonio, Texas 78216

                                               */s/ Steve A. Chiscano*
                                               STEVE A. CHISCANO