**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **ROBERT LISERIO,** | |
| **Plaintiff,** | |
| **vs.** | **Civil Action No. 5:19-cv-01159-XR** |
| **COLT OILFIELD SERVICES, LLC, ROY E. (EDDIE) AGUILAR AND TERRY BOOKER** | |
| **Defendants.** | |

**JOINT ADVISORY TO THE COURT**
**OF SETTLEMENT**

TO THE HONORABLE ELIZABETH S. CHESTNEY, UNITED STATES MAGISTRATE JUDGE:

In anticipation of the upcoming status conference set by the Courts Order Setting Status Conference [#130] the parties hereby submit this Joint Advisory to the Court regarding the settlement of the matter:

1.      The parties mediated this matter on August 23, 2023, and entered into a Mediated Settlement Agreement fully resolving all claims. The parties are in the process of drafting the formal settlement agreements necessary to memorialize their Mediated Settlement Agreement. Pursuant to the agreed upon deadlines, an Agreed Order of Dismissal will be filed with the Court within 30 days of mediation.

Respectfully submitted,

GONZALEZ, CHISCANO, ANGULA,
& KASSSON, P.C.

*/s/ Steve A. Chiscano*
Steve A. Chiscano

THE LAW OFFICES OF OLIVA, SAKS, GARCIA
& CURIEL, LLP

*/s/  Javier F. Oliva*
Javier F. Oliva

State Bar No. 24001882
schiscano@gcaklaw.com
9601 McAllister Freeway, Suite 401
Austin, Texas 78216
Telephone: (210) 569-8500
Facsimile: (210) 569-8490
***Attorneys for Defendants***

State Bar No. 15254350
joliva@osgclaw.com
R. Carlo Garcia
State Bar No 00790744
cglaw@osgclaw.com
Bradley S. Bellows
State Bar No. 24113611
bradley@osgclaw.com
14255 Blanco Road
San Antonio, Texas 78216
Telephone: (210) 308-6600
Facsimile: (210) 308-6939
***Attorneys for Plaintiff***