IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERT LISERIO, | § § § | |
| *Plaintiff,* | § § | SA-19-CV-01159-XR |
| vs. | § § | |
| COLT OILFIELD SERVICES, LLC, ROY E. (EDDIE) AGUILAR, TERRY BOOKER, PETROSTAR SERVICES, LLC, | § § § § § | |
| *Defendants.* | § | |

**ORDER CANCELING STATUS CONFERENCE**

Before the Court is the above-styled cause of action, which is currently set for a status conference at 3:00 p.m. August 28, 2023 [#130]. The purpose of the status conference was to set a trial date. Today, the parties filed a Joint Advisory to the Court of Settlement [#131], informing the Court that they have reached a settlement agreement that has resolved all claims. Therefore,

**IT IS HEREBY ORDERED** that the status conference set for **3:00 p.m. August 28, 2023 [#130]** is **CANCELED.**

**IT IS SO ORDERED.**

SIGNED this 25th day of August, 2023.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1